IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELBERT ANTHONY GIDDINGS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BROWN & BROWN GENERAL CONTRACTORS, INC., et al. | : | No. 16-cv-4917 |

## ORDER

AND NOW, this 9th day of June 2017, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise respond to Plaintiffs' Complaint on or before June 30, 2017.

2. Plaintiffs shall personally serve the defendants with a copy of this Order by no later than June 16, 2017.

3. Plaintiffs shall file proof of service of this Order upon the defendants on ECF on or before June 23, 2017.

4. If Defendants fail to answer or otherwise respond by June 30, 2017, Plaintiffs' shall make any filings relating to default judgment by no later than July 14, 2017. No motion for default judgment may be made unless Plaintiff has first requested the Clerk to enter a default. *See* Fed. R. Civ. P. 55(a).

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.