Civil Action No. 2:16-cv-04917-LDD

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This ~~summons~~ ORDER for (name of individual and title, if any) __Joel Brown__
was received by me on (date) __6/14/17__.

☒ I personally served the ~~summons~~ order on the individual at (place) __3 Mock Dr. Wilmington, DE 19810__ on (date) __6/15/17__ ; or

☐ I left the ~~summons~~ order at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the ~~summons~~ order on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

**FILED**
JUN 18 2017
KATE BARKMAN, Clerk
By ____ Dep. Clerk

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __6/15/17__

_____
Server's signature

__Eric Kramer, Investigator__
Printed name and title

__1500 Walnut St. Ste. 1050__
__Phila, PA 19102__
Server's address

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELBERT ANTHONY GIDDINGS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BROWN & BROWN GENERAL CONTRACTORS, INC., et al. | : | No. 16-cv-4917 |

### ORDER

AND NOW, this 9th day of June 2017, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise respond to Plaintiffs' Complaint on or before June 30, 2017.

2. Plaintiffs shall personally serve the defendants with a copy of this Order by no later than June 16, 2017.

3. Plaintiffs shall file proof of service of this Order upon the defendants on ECF on or before June 23, 2017.

4. If Defendants fail to answer or otherwise respond by June 30, 2017, Plaintiffs' shall make any filings relating to default judgment by no later than July 14, 2017. No motion for default judgment may be made unless Plaintiff has first requested the Clerk to enter a default. *See* Fed. R. Civ. P. 55(a).

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This ~~summons~~ ORDER for *(name of individual and title, if any)* Brown + Brown General Contractors
was received by me on *(date)* 6/14/17 .

☒ I personally served the ~~summons~~ order on the individual at *(place)* 3 Mock Dr., Wilmington, DE 19810 on *(date)* 6/15/17 ; or

☐ I left the ~~summons~~ order at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the ~~summons~~ order on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

**FILED JUN 16 2017 KATE BARKMAN, Clerk By ___ Dep. Clerk**

I declare under penalty of perjury that this information is true.

Date: 6/15/17

*Server's signature*

Eric Kramer, Investigator
*Printed name and title*

1500 Walnut St. Ste. 1050
Phila, PA 19102
*Server's address*

Additional information regarding attempted service, etc:

Order was accepted by Joel Brown on behalf of Brown + Brown General Contractors

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELBERT ANTHONY GIDDINGS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BROWN & BROWN GENERAL CONTRACTORS, INC., et al. | : | No. 16-cv-4917 |

## ORDER

AND NOW, this 9th day of June 2017, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise respond to Plaintiffs' Complaint on or before June 30, 2017.

2. Plaintiffs shall personally serve the defendants with a copy of this Order by no later than June 16, 2017.

3. Plaintiffs shall file proof of service of this Order upon the defendants on ECF on or before June 23, 2017.

4. If Defendants fail to answer or otherwise respond by June 30, 2017, Plaintiffs' shall make any filings relating to default judgment by no later than July 14, 2017. No motion for default judgment may be made unless Plaintiff has first requested the Clerk to enter a default. See Fed. R. Civ. P. 55(a).

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.



**Process Serving Division**
1500 Walnut Street
Suite 1103
Philadelphia, PA 19102
(215) 790-0800
Fax (215) 790-1576

Philadelphia
Association of
Professional
Process Servers

## AFFIDAVIT OF SERVICE

| PLAINTIFF(S) | COURT TERM & NO. | COUNTY |
|---|---|---|
| Elbert Anthony Giddings, et al. | 2:16-cv-04917-LDD | USDC: Eastern |

| DEFENDANT(S) | DATE RECEIVED | SERVE BY |
|---|---|---|
| Brown + Brown General Contractors Inc et al | | |

| SERVE AT | ☐ Civil Action ☐ Summons ☐ Writ of | ☐ Subpoena ☐ Notice of Real Estate Sale ☒ Other ORDER |
|---|---|---|
| Joel Brown 3 Mock Dr. Wilmington, DE 19800 | COMPANY CONTROL NUMBER 17-06... | FILED JUN 16 2017 KATE BARKMAN, Clerk By___ Dep. Clerk |

**SPECIAL INSTRUCTIONS**

Served and made known to __Joel Brown__
on the __15th__ day of __June__, 20__17__, at __8:90__ o'clock, __P__ M.,
at __3 Mock Drive, Wilmington, DE__, County of __New Castle__,
Commonwealth of Pennsylvania, in the manner described below:
☒ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence who refused to give name or relationship.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☐ Agent or person in charge of Defendant's office or usual place of business.
☐ _____ an officer of said Defendant company.
☐ Other _____

| DESCRIPTION | AGE | HEIGHT | WEIGHT | RACE | SEX | OTHER |
|---|---|---|---|---|---|---|
| | 50's | 6'4" | 220 lbs | Af Amer | M | |

On the ____ day of _____, 20____, at _____ o'clock, ____ M.,
Defendant not found because:  ☐ Moved   ☐ Unknown   ☐ No Answer   ☐ Vacant   ☐ Other _____

**NAME OF SERVER**
__Eric Kramer__ being duly sworn according to law, deposes and says that he/she is process server herein names; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief.

Sworn to & subscribed before me this __15th__ day of __June__ 20__17__

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Joseph F. Gill, Notary Public
City of Philadelphia, Philadelphia County
My Commission expires March 28, 20..

Sheriff _____   Process Server / Competent Adult _____

**DEPUTIZED SERVICE**
Now, this ____ day of _____, 20____, I do hereby deputize the Sheriff of _____ County,
to serve this  ☐ Summons   ☐ Complaint   ☐ Other _____ and make return thereof and according to Law.
By (Competent Adult) _____   County Sheriff's Check $_____

Law Firm __Weisberg Law__
Attorney's Name __Matthew Weisberg__ For __Plaintiffs__
Address __7 S. Morton Ave__
__Morton, PA 19070__
Telephone # __610-690-0801__   Identification # __85570__

ATTEST _____
PRO PROTHY
_____
DATE

©1990 Philadelphia Assoc. of Professional Process Servers Rev 1

Case 2:16-cv-04917-JS   Document 16   Filed 06/16/17   Page 6 of 6

G&A
**Process Serving Division**
1500 Walnut Street
Suite 1103
Philadelphia, PA 19102
(215) 790-0800
Fax (215) 790-1576

Philadelphia Association of Professional Process Servers



## AFFIDAVIT OF SERVICE

**PLAINTIFF(S):** Elbert Anthony Giddings, et al.
**DEFENDANT(S):** Brown + Brown General Contractors Inc. et al.
**SERVE AT:** 3 Mock Dr. Wilmington, DE 19810

**COURT TERM & NO.:** 2:16-cv-04917-LDD
**COUNTY:** USDC Eastern P
**DATE RECEIVED:**
**SERVE BY:**

☐ Civil Action
☐ Summons
☐ Writ of
☐ Subpoena
☐ Notice of Real Estate Sale
☒ Other Order

**COMPANY CONTROL NUMBER:** 17-06058

**SPECIAL INSTRUCTIONS:**

Served and made known to **Joel Brown**, on the **15th** day of **June**, 20**17**, at **5:40** o'clock, **P** M., at **3 Mock Dr. Wilmington, DE**, County of **New Castle**, Commonwealth of Pennsylvania, in the manner described below:

☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is ___
☐ Adult in charge of Defendant's residence who refused to give name or relationship.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☐ Agent or person in charge of Defendant's office or usual place of business.
☒ **Joel Brown** an officer of said Defendant company.
☐ Other

FILED
KATE BARKMAN, Clerk
By ___ Dep. Clerk

**DESCRIPTION**
AGE: 50's
HEIGHT: 6'4"
WEIGHT: 220 lbs
RACE: Af. Amer.
SEX: M
OTHER:

On the ___ day of ___, 20 ___, at ___ o'clock, ___ M.,
Defendant not found because: ☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other ___

**NAME OF SERVER**
**Eric Kramer** being duly sworn according to law, deposes and says that he/she is process server herein names; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief.

Sworn to & subscribed before me this **15th** day of **June** 20**17**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Joseph F. ___, Notary Public
City of Philadelphia, Philadelphia County
My commission expires March 23, 2019

Sheriff ___  Process Server / Competent Adult ___

**DEPUTIZED SERVICE**
Now, this ___ day of ___, 20 ___, I do hereby deputize the Sheriff of ___ County.
to serve this ☐ Summons ☐ Complaint ☐ Other ___ and make return thereof and according to Law.
By (Competent Adult) ___  County Sheriff's Check $___

Law Firm: **Weisberg Law**
Attorney's Name: **Matthew Weisberg** Plaintiffs
Address: **7 S. Morton Ave. Morton, PA 19070**
Telephone #: **610-690-0801**  Identification #: **85570**

ATTEST ___
PRO PROTHY
DATE

©1990 Philadelphia Assoc. of Professional Process Servers Rev 1