# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELBERT ANTHONY GIDDINGS, et al. | : | |
| | : | |
| Plaintiffs, | : | NO.: 16-4917 |
| | : | |
| v. | : | |
| | : | |
| BROWN & BROWN GENERAL CONTRACTORS, INC., et al. | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

## SUGGESTION OF BANKRUPTCY WITH REQUEST FOR STAY

TO THE CLERK:

    Kindly allow this suggestion of bankruptcy of Co-Defendant (Co-Debtor), Brown.

Bankr.E.D.Pa. No. 17-16337, with request for stay.

                                        **WEISBERG LAW**

                                        /s/ Matthew B. Weisberg
                                        Matthew B. Weisberg, Esquire
                                        Attorney for Plaintiffs

**UNITED STATES DISTRICTCOURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ELBERT ANTHONY GIDDINGS, et al. | : | |
| Plaintiffs, | : | NO.:   16-4917 |
| v. | : | |
| BROWN & BROWN GENERAL CONTRACTORS, INC., et al. | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 20th day of November, 2017, a true and correct copy of the foregoing Suggestion of Bankruptcy with Request for Stay was served via regular mail, upon the following parties:

Brown & Brown General Contractors, Inc.
3 Mock Drive
Wilmington, DE 19810

Joel Brown
3 Mock Drive
Wilmington, DE 19810

**WEISBERG LAW**

/s/ Matthew B. Weisberg
MATTHEW B. WEISBERG
Attorney for Plaintiff