IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELBERT ANTHONY GIDDINGS, et al. | : | CIVIL ACTION |
| v. | : | No. 16-4917 |
| BROWN & BROWN GENERAL CONTRACTORS, INC., et al. | : | |

**ORDER**

AND NOW, this 23rd day of March, 2020, upon consideration of Plaintiffs Elbert Anthony Giddings, Eunice Isaac, and Pullen A. Osagie's Motion for Judgment against Defendants Brown & Brown General Contractors, Inc. and Joel Brown, and following the parties' presentations at the January 7 and January 22, 2020, hearings on the Motion, and for the reasons set forth in the accompanying Memorandum, it is ORDERED Plaintiffs' Motion (Document 18) is GRANTED as follows:

- Judgment is entered in favor of Plaintiffs and against Defendants in the amount of $48,405.
    - Pursuant to 73 Pa. Cons. Stat. § 201-9.2, this award is comprised of: (1) an award of $7,000 in actual damages and $14,000 in treble damages for Giddings and Isaac; and (2) an award of $9,135 in actual damages and $18,270 in in treble damages for Osagie.
- Plaintiffs shall submit their request for costs and reasonable attorney fees on or before April 6, 2020.

BY THE COURT:


 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.