IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELBERT ANTHONY GIDDINGS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-4917 |
| | : | |
| BROWN & BROWN GENERAL | : | |
| CONTRACTORS, INC., et al. | : | |

**<u>ORDER</u>**

AND NOW, this 13th day of October, 2020, upon consideration of Plaintiffs' Motion for Attorney Fees, Defendants' failure to respond, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 42) is GRANTED in part. Defendants shall pay $35,973.75 for Plaintiffs' reasonable attorney fees and costs.

The Court's March 23, 2020, Order (Document 39) entering judgment in favor of Plaintiffs for $48,405 is AMENDED to include this award for attorney fees, resulting in a total judgment in favor of Plaintiffs and against Defendants in the amount of $84,378.75.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.